UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAUN THOMPSON, et al., on behalf of themselves, FLSA Collective Plaintiffs, and the Class,<br><br>Plaintiffs,<br><br>vs.<br><br>ELEV8 FOUNDATION INC., ET AL.,<br><br>Defendants. | 20 CV 9581 (PGG) (JLC)<br><br>**STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER AND VACATING CERTIFICATE OF DEFAULT** |

    IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, acting by means of their respective counsel, that the time for Defendants to answer, move or otherwise respond with respect to the Complaint in the above matter is hereby extended through and including April 9, 2021 and that the Clerk's Certificate of Default is hereby vacated. There has been no previous request for an extension of time.

    IT IS FURTHER STIPULATED AND AGREED, that Plaintiffs agree to withdraw their request for a default to be noted and a certificate of default issued and that Defendants agree to (i) waive all defenses to invalid service of process and (ii) accept service of the Complaint and all amendments thereon.

2

For the Defendants:

By: /s/ Shivani Poddar
Shivani Poddar, Esq.
Herrick, Feinstein LLP
Two Park Avenue
New York, New York 10016
Telephone: (212) 592-1500
spoddar@herrick.com

Date: March 5, 2021

SO ORDERED *Paul S. Gardephe*

U.S.D.J

For the Plaintiffs:

By: *[signature]*
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, New York 10011
Telephone: (212) 465-1180
Fax: (212) 465-1181
cklee@leelitigation.com

Date: 3/5/21

Date: March 10, 2021