

Shivani Poddar
**Partner**
Phone: 212-592-1446
Fax: 212-545-2382
spoddar@herrick.com

May 17, 2021

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

      Re:    *Thompson et al. v. Elev8 Center NY LLC et al.*, 20 Civ. 09581 (PGG) (JLC)

Dear Judge Gardephe:

      We represent Defendants Elev8 Center NY LLC ("**Elev8 Center**"), Urban Recovery, LLC ("**Urban Recovery**"), and Donna Mae Depola (together, "**Defendants**") in the above-referenced matter. We write pursuant to Your Honor's direction to submit a proposed briefing schedule agreed to by both Parties. ECF No. 29.

      Respectfully, the Parties have agreed to the following deadlines:

| | |
|---|---|
| Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint | June 4, 2021 |
| Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, if any | June 18, 2021 |
| Defendants' Reply in Support of Defendants' Motion to Dismiss, if any | July 2, 2021 |

      We appreciate Your Honor's attention to this matter.

                                                          Respectfully Submitted,
                                                          /s/ Shivani Poddar

cc:    Avery S. Mehlman
        Jalise Burt
        C.K. Lee
        Anne Melissa Seelig