

Shivani Poddar
**Partner**
Phone: 212-592-1446
Fax: 212-545-2382
spoddar@herrick.com

MEMO ENDORSED

May 17, 2021

The Court adopts the proposed schedule for Defendants' motion to dismiss. The Clerk of Court is directed to terminate Dkt. Nos. 27 and 34.

SO ORDERED.

*Paul G. Gardephe*

_____
Paul G. Gardephe
United States District Judge
May 19, 2021

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re: *Thompson et al. v. Elev8 Center NY LLC et al.*, 20 Civ. 09581 (PGG) (JLC)

Dear Judge Gardephe:

We represent Defendants Elev8 Center NY LLC ("**Elev8 Center**"), Urban Recovery, LLC ("**Urban Recovery**"), and Donna Mae Depola (together, "**Defendants**") in the above-referenced matter. We write pursuant to Your Honor's direction to submit a proposed briefing schedule agreed to by both Parties. ECF No. 29.

Respectfully, the Parties have agreed to the following deadlines:

| | |
|---|---|
| Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint | June 4, 2021 |
| Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, if any | June 18, 2021 |
| Defendants' Reply in Support of Defendants' Motion to Dismiss, if any | July 2, 2021 |

We appreciate Your Honor's attention to this matter.

Respectfully Submitted,
/s/ Shivani Poddar

cc:   Avery S. Mehlman
      Jalise Burt
      C.K. Lee
      Anne Melissa Seelig

**HERRICK, FEINSTEIN LLP** • Two Park Avenue • New York, NY 10016 • Phone: 212.592.1400 • Fax: 212.592.1500