UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAUN THOMPSON and MARCELLA WATT, on behalf of themselves and other similarly situated,

                Plaintiffs,

- against -

ELEV8 FOUNDATION INC., URBAN RECOVERY HOUSE, LLC, LEE WEISS, and ELEV8 CENTER NEW YORK, LLC,

                Defendants.

**ORDER**

20 Civ. 9581 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      Defendants in this case have moved to strike Plaintiffs' Second Amended Complaint (Dkt. No. 66). Defendants argue that the Second Amended Complaint was improperly filed without leave of the Court and without consent of Defendants. (Dkt. No. 67 (citing Fed. R. Civ. P. 15)) Because Plaintiffs did not seek leave of the Court and did not obtain the consent of Defendants prior to filing their Second Amended Complaint, the Second Amended Complaint will be struck. The Clerk of Court is directed to strike the pleading at Docket Number 66, and to terminate the motion at Docket Number 67.

Dated: New York, New York
       April 11, 2022

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge