UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAUN THOMPSON and MARCELLA WATT, on behalf of themselves and others similarly situated,

                  Plaintiffs,

- against -

ELEV8 CENTER NEW YORK, LLC (d/b/a "Elev8" or "Elev8 Centers"), URBAN RECOVERY HOUSE, LLC (d/b/a "Urban Recovery"), LEE WEISS, and DONNA MAE DEPOLA,

                  Defendants.

**ORDER**

20 Civ. 9581 (PGG) (JLC)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the following schedule will apply to Defendants' motion to dismiss:

        1. Defendants' motion is due on **November 21, 2022**;

        2. Plaintiff's opposition is due on **December 5, 2022**; and

        3. Defendants' reply, if any, is due on **December 12, 2022**.

Dated:  New York, New York
           November 7, 2022

                                    SO ORDERED.

                                    Paul G. Gardephe
                                    United States District Judge