# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:        (212) 465-1188
                        cklee@leelitigation.com

June 21, 2023

**Via ECF**
The Honorable James L. Cott, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1360
New York, New York 10007

Re:   *Thompson et al., v. Elev8 Foundation Inc., et al.*
      No. 1:20-cv-09581 (PGG) (JLC)

Dear Judge Cott:

We are counsel to Plaintiffs in the above-referenced matter and write to respectfully inquire whether the Court requires anything further at this time from the parties in order to issue a decision on Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint.

Pursuant to Rule IV(C) of Judge Gardephe's Individual Rules of Practice in Civil Cases, which requires bundling of motion papers, as of January 10, 2023, Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint has been fully briefed. [Dkt. Nos. 89-93]. Pursuant to Judge Gardephe's Order, dated January 13, 2023 [Dkt. No. 94], this case was assigned to Your Honor for all General Pretrial and Dispositive Motions.

At this time, we respectfully inquire whether the Court requires anything further to issue a decision on Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint.

We appreciate Your Honor's consideration.

Respectfully submitted,

*/s/ C.K. Lee*

cc: all parties via ECF