```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAUN THOMPSON, et al.,

                Plaintiffs,

-against-

ELEV8 FOUNDATION, et al.,

                Defendant(s).

20-CV-09581 (MMG) (JLC)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the referral to Magistrate Judge Cott for general pre-trial supervision, non-dispositive motions, and settlement. Any date, deadline, conference, or oral argument before or directed by Magistrate Judge Cott will proceed as ordered, and applications related to those matters should continue to be directed to Magistrate Judge Cott. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: March 12, 2024
       New York, New York

                                    SO ORDERED.

                                    MARGARET M. GARNETT
                                    United States District Judge