# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:        (212) 465-1188
                        cklee@leelitigation.com

May 17, 2024

**Via ECF**
The Honorable James L. Cott, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1360
New York, New York 10007

      Re:   *Shaun Thompson et al., v. Elev8 Foundation Inc., et al.*
            Case No.: 1:20-cv-09581 (MMG) (JLC)

Dear Judge Cott:

    We are counsel to Plaintiff in the above referenced matter. We write jointly with Defendants to respectfully request that the Court stay all discovery and interim deadlines while the parties pursue a second day of class-wide mediation.

    The mediators we are speaking to have earliest availability in late August and September, and therefore we are requesting until the end of September to complete mediation and report back to the Court.

    This is the parties' second request to stay deadlines in order to pursue private mediation and is requested by all parties. The prior request was granted.

    We thank Your Honor for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF