# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

WRITER'S DIRECT:   (212) 465-1188
                   cklee@leelitigation.com

September 27, 2024

**Via ECF**
The Honorable Henry J. Ricardo, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, New York 10007

      Re:   *Thompson et al., v. Elev8 Foundation Inc., et al.*
             No. 1:20-cv-09581 (MMG) (HJR)

Dear Judge Ricardo:

    We are counsel for Plaintiffs and write jointly with counsel for Defendants to provide the Court with an update on the status of the mediation, pursuant to the Court's Order, dated May 17, 2024 [Dkt. 155].

    On September 9, 2024, the parties attended a full day private class mediation with Martin F. Scheinman, Esq. The parties are continuing resolution discussions and accordingly request 30 days for a further status letter and that the case remain stayed in the interim.

    We thank Your Honor for considering this request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF