# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

WRITER'S DIRECT:   (212) 465-1188
cklee@leelitigation.com

November 13, 2024

**Via ECF**
The Honorable Henry J. Ricardo, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, New York 10007

      Re:   *Thompson et al., v. Elev8 Foundation Inc., et al.*
            No. 1:20-cv-09581 (MMG) (HJR)

Dear Judge Ricardo:

    We are counsel for Plaintiffs and write jointly with counsel for Defendants to provide the Court with a status report, pursuant to the Court's Order, dated October 31, 2024 [Dkt. 162].

    The parties are still in active settlement discussions. The parties request until November 27, 2024, to submit a further status update, and that the stay remain in effect.

    We thank Your Honor for considering this request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF