```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SHAUN THOMPSON and MARCELLA WATT, *on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

                    Plaintiffs,

   v.

ELEV8 CENTER NEW YORK, LLC.
    d/b/a ELEV8 CENTERS
    d/b/a ELEV8,
URBAN RECOVERY HOUSE, LLC.
    d/b/a URBAN RECOVERY,
LEE WEISS,
and DONNA MAE DEPOLA,

                    Defendants.

---

**Case No.**: 1:20-cv-09581

~~**[PROPOSED]**~~
**RULE 68 JUDGMENT**

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants ELEV8 CENTER NEW YORK, LLC. d/b/a ELEV8 CENTERS d/b/a ELEV8, URBAN RECOVERY HOUSE, LLC. d/b/a URBAN RECOVERY, LEE WEISS, and DONNA MAE DEPOLA (collectively "Appearing Defendants"), having offered to allow Plaintiffs SHAUN THOMPSON, MARCELLA WATT and WILLICIA HOOKS (collectively, "Plaintiffs") to take a judgment against them, in the sum of Five Thousand Dollars and No Cents ($5,000.00), inclusive of damages, interest, penalties, attorneys' fees, costs, and expenses, accrued through the date of this offer in final and full settlement this action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated January 8, 2025 and filed as Exhibit A to Docket Number 167;

      **WHEREAS**, on January 13, 2025, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 167);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs SHAUN THOMPSON, MARCELLA WATT and WILLICIA HOOKS, in the sum of $5,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated January 8, 2025 and filed as Exhibit A to Docket Number 167. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: ___January 14___, 2025
New York, New York

_____
U.S.D.J.